IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

AIS# 250938

Roderickus Dequan Brown
_____
Full name and prison number
of plaintiff(s)

v.

M.C.D.F.
_____
_____
_____
_____
_____

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 2:07-CV-487-WKW
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____N/A_____

         Defendant(s) _____N/A_____

      2. Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number _____N/A_____

4. Name of judge to whom case was assigned _____
   _____N/A_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____N/A_____

6. Approximate date of filing lawsuit _____N/A_____

7. Approximate date of disposition _____N/A_____

II. PLACE OF PRESENT CONFINEMENT _____Ventress Correctional Facility_____

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED _____
M.C.D.F.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                           ADDRESS
1. M.C.D.F. / P.O. Box 4599 Montgomery Ala 36103

2. _____

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____
October 25, 2006 - October 31, 2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _____Negligence to injury_____

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

While at Clay County i was told by officers in order for us to treat your injury. We are waiting on permission from M.C.D.F. to treat your injury. It took seven days to get the proper medical treatment

GROUND TWO: Negligence to injury

SUPPORTING FACTS: Once i arrived at M.C.D.F. i repeatly told officers that i was in serious pain but was repeatly blown off by officers and placed in 3I which is a isolation unit for Disphaey problem in-mates. Once i arrived to medical Nurse Cooper-

GROUND THREE: Negligence to injury

SUPPORTING FACTS: I have medical stay and pill call records to support these allegation in the M.C.D.F. Medical files. i also have witnesses and foot notes on the events that took place.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

After being in pain for seven days. It was a really stressful time a lot of undue stress I demand punitive damages and compensatory damages.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on May 31, 07
          (Date)

_____
Signature of plaintiff(s)

4

Ground One: Negligence to injury
Supporting Facts: It took seven days to get the proper medical treatment for this staff or spider bite infection which swelled my leg ~~---~~ ~~---~~

Ground Two: Negligence to injury

Supporting Facts: Once i arrived to medical Nurse Cooper took one look at my leg and said you should have been transfered to medical as soon as you got here all guards had to do was look at your leg, and they would've known that.

NAME Ropaickis Brown AIS #250938 DORM # D1 234
VENTRESS CORRECTIONAL FACILITY
P. O. BOX 767
Clayton, AL 36016

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

Debra Hackett
Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711