# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Roderickus Brown
Plaintiff

V.

Montgomery County Detention Facility
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 2:07-CV-487-WKW
CC 06-834 CUP

I, __Roderickus Brown__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __Ventress Correctional Facility__

    Are you employed at the institution? __N/A__  Do you receive any payment from the institution? __N/A__

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends    ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments    ☐ Yes    ☑ No
    e. Gifts or inheritances    ☐ Yes    ☑ No
    f. Any other sources    ☑ Yes    ☐ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

I've been receiving funds from my mother in the amount of $50.00 dollars. I should continue to receive this until further notice from my mother

4. Do you have any cash or checking or savings accounts?    ☒ Yes    ☐ No

   If "Yes," state the total amount.  ____0____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   Roderickus D. Brown II - Son
   Rodarius D. Brown - Son
   Sequoya A. Brown - Daughter

I declare under penalty of perjury that the above information is true and correct.

_May 31, 07_    _Roderickus Brown Jr._
Date                                Signature of Applicant


**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
(date)

_Rodrickus Devin AIS#250938_
Signature of Affiant

## CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ _30.10_ on account to his credit at the _Ventress_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_N/A_

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months.

1. $ _____ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _See_____ on the 1st day of _attached_
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_This all the financial data available._
_He hasn't been in the system long enough_

_____
Authorized Officer of Institution

DATE _5/7/07_

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
KILBY CORRECTIONAL FACILITY

AIS #: 250938        NAME: BROWN, RODERICKUS              AS OF: 05/07/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| MAY | 24 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.00 | $0.00 |
| NOV | 30 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $8.23 | $50.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 7 | $0.00 | $0.00 |

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                    VENTRESS CORR FAC


AIS #: 250938    NAME: BROWN, RODERICKUS         AS OF: 05/07/2007

                    # OF      AVG DAILY        MONTHLY
        MONTH       DAYS       BALANCE         DEPOSITS
------------------------------------------------------------------

         MAY         24         $0.00           $0.00
         JUN         30         $0.00           $0.00
         JUL         31         $0.00           $0.00
         AUG         31         $0.00           $0.00
         SEP         30         $0.00           $0.00
         OCT         31         $0.00           $0.00
         NOV         30         $0.00           $0.00
         DEC         31         $0.00           $0.00
         JAN         31         $0.00           $0.00
         FEB         28         $0.00           $0.00
         MAR         31         $0.00           $0.00
         APR         30        $41.65         $150.05
         MAY          7        $40.38           $0.00
```