IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICKUS DEQUAN BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-487-WKW |
| | ) |
| MONTGOMERY COUNTY | ) |
| DETENTION FACILITY, | ) |
| | ) |
| Defendant. | ) |

### ORDER

On June 7, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections have been made. After an independent review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1.  The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2.  The plaintiff's complaint is DISMISSED with prejudice prior to service of process, pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

An appropriate judgment will be entered.

DONE this 31st day of July, 2007.

                                                /s/   W. Keith Watkins
                                                UNITED STATES DISTRICT JUDGE