```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000563
Cashier ID: brobinso
Transaction Date: 09/28/2007
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: RODERICKUS BROWN
 Case/Party: D-ALM-2-07-CV-000487-001
 Amount:         $13.00
------------------------------------------
CHECK
 Check/Money Order Num: 19570
 Amt Tendered:  $13.00
------------------------------------------
Total Due:      $13.00
Total Tendered: $13.00
Change Amt:     $0.00
```