```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003584
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: VENTRESS CORRECTIONAL FACILITY
------------------------------------------
PLRA CIVIL FILING FEE
 For: RODERICKUS BROWN
 Case/Party: D-ALM-2-07-CV-000487-001
 Amount:         $62.80
------------------------------------------
CHECK
 Check/Money Order Num: 19874
 Amt Tendered:  $62.80
------------------------------------------
Total Due:      $62.80
Total Tendered: $62.80
Change Amt:     $0.00
```